UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80561-CIV-CANNON

**GLOBAL RESOURCE, INC.,**

    Plaintiff,

v.

**MARIO D. GERMAN, MICHAEL J. KRANTZ, NEXUS CAPITAL MANAGEMENT, LLC, and MARIO D. GERMAN LAW CENTER, P.A.,**

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSE OR SEPARATE ANSWERS

**THIS CAUSE** came before the Court *sua sponte*. To better manage the orderly progress of the case, it is **ORDERED** that Defendants shall not file a response to Plaintiff's Complaint [ECF No. 1] until all Defendants have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** in Fort Pierce, Florida, this 22nd of March 2021.

                                                              AILEEN M. CANNON
                                                              UNITED STATES DISTRICT JUDGE

cc:    counsel of record