UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:21-cv-80561-AMC

GLOBAL RESOURCE, LLC,

       Plaintiff,

v.

MARIO D. GERMAN LAW CENTER, P.A.,, NEXUS
CAPITAL MANAGEMENT, LLC, MARIO D.
GERMAN and MICHAEL J. KRANTZ

       Defendants.
_____/

### DEFENDANT'S  MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

    **COMES NOW**, Defendants, Mario D German Law Center, P.A. and Mario D German by and through its undersigned counsel, Pursuant to Fed. R. Civ. P. 7.1 (a) (J) and files this  Motion to Extend Time to File a Responsive Pleading and states as follows:

1. The undersigned needs additional time due to his case load obligations, commitments and just returning from being out of the office for personal reasons.

2. It would constitute an unanticipated hardship for the undersigned to be required to complete the responses within the prescribed time.

3. Counsel needs additional time to be able to frame a responsive pleading based on the record activity in the case in chief

4. Therefore, the undersigned respectfully request that this Court grant a TEN (10) day extension of time within which to file a responsive pleading to the Plaintiff's Complaint.

    **WHEREFORE**, the Defendant respectfully request this Court grant this motion for the  foregoing reasons.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY THAT** on April 16, 2021, that I electronically filed the foregoing document with the Clerk of Court using CM/ECF to Aaron M. Cohen, Esq. at acohn@wwhgd.com; and Scott L. Silver, Esq., Lssilver@silverlaw.com attorneys for Plaintiff

Mario D. German law Center, P.A.

 /s/ Mario D. German Esq.
Florida Bar No. 949371
55 N.E. Fifth Ave
Suite 400
Boca Raton, FL 33432
Tel. (561) 417-4993
Fax (888) 323-0494
E-mail: notices@mdglawoffice.com