UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80561-CIV-CANNON

**GLOBAL RESOURCE, INC.,**

    Plaintiff,
v.

**MARIO D. GERMAN, MICHAEL J. KRANTZ, NEXUS CAPITAL MANAGEMENT, LLC, and MARIO D. GERMAN LAW CENTER, P.A.,**

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** comes before the Court following a Status Conference Hearing held on May 28, 2021 [ECF No. 28]. For the reasons discussed in open court, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Defendant Nexus Capital Management, LLC, shall obtain counsel permitted to practice law before this Court and have counsel enter a notice of appearance on the electronic docket by no later than **June 14, 2021**.

2. Furthermore, by no later than **June 14, 2021**, Defendant Michael J. Krantz is directed to either: (1) retain counsel permitted to practice before the Court and notify the Court of such, or (2) file a Notice of Intent to Proceed *Pro Se*.

3. Defendant Michael J. Krantz also is directed to contact the Clerk of Court's Office to ensure that he receives e-mail notifications of all activity on the Court docket.

4. The Court reserves ruling on Plaintiff's pending Motion to Strike Pleadings [ECF No. 18] until further notice.

5. The Clerk is directed to mail a copy of this Order to the address on file for Mr. Michael J. Krantz.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of May 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record