**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 21-80561-CIV-CANNON/Reinhart**

**GLOBAL RESOURCE, INC.**,

      Plaintiff,

v.

**MARIO D. GERMAN**
**LAW CENTER, P.A., et al.**,

      Defendants.

_____/

**ORDER DISMISSING PLAINTIFF'S CLAIMS**
**AGAINST DEFENDANTS MARIO D. GERMAN**
**AND MARIO D. GERMAN LAW CENTER, P.A.**

THIS CAUSE comes before the Court upon the parties' Amended Stipulation of Partial Dismissal with Prejudice [ECF No. 56], filed on January 27, 2022.  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED and ADJUDGED** as follows:

1.  Plaintiff's claims against Defendants Mario D. German and Mario D. German Law Center, P.A. are **DISMISSED WITH PREJUDICE**, effective January 27, 2022, the date on which the parties filed the Joint Stipulation of Dismissal [ECF No. 56].

2.  The Clerk of Court shall **TERMINATE** Mario D. German and Mario D. German Law Center, P.A. as defendants in this matter.

3.  Defendants Mario D. German and Mario D. German Law Center, P.A.'s Motion for Summary Judgment [ECF No. 49] is **DENIED AS MOOT**.

4.  This action remains **OPEN** as to all other defendants.

5.  Plaintiff may file a motion for default final judgment as to Defendants Nexus Capital

Management, LLC and Michael Krantz on or before February 11, 2022.  Any such motion

shall comply with the Court's Order Establishing Default Final Judgment Procedure

[ECF No. 34].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of January

2022.

 

 

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record