UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80561-CIV-CANNON/Reinhart

**GLOBAL RESOURCE, INC.**,

    Plaintiff,
v.

**NEXUS CAPITAL MANAGEMENT, LLC**,
and **MICHAEL J. KRANTZ**,

    Defendants.
_____/

## **FINAL DEFAULT JUDGMENT**

**THIS CAUSE** comes before the Court upon Plaintiff Global Resource, Inc.'s Motion for Default Final Judgment Against Defendants Michael J. Krantz and Nexus Capital Management, LLC (the "Motion") [ECF No. 58], filed on February 11, 2022. The Court granted the Motion in a separate Order [ECF No. 60]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court hereby **ENTERS THIS SEPARATE FINAL JUDGMENT**.

Accordingly, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. **Final Default Judgment** is hereby entered in favor of Plaintiff Global Resource, Inc. and against Defendants Michael J. Krantz and Nexus Capital Management, LLC, jointly and severally, for the amount of $191.480.23. This judgment shall bear interest as prescribed in 28 U.S.C. § 1961.

2. Plaintiff may file a Motion for Attorneys' Fees and Bill of Costs in accordance with Local Rule 7.3. *See* S.D. Fla. L.R.7.3(a), (c).

CASE NO. 21-80561-CIV-CANNON/Reinhart

3. The Clerk is directed to **CLOSE** this case.  Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of February 2022.

                                                          **AILEEN M. CANNON**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:   counsel of record